UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:24-cv-02407-AH (JDEx) | Date February 18, 2025 |
| Title *Eugene Willingham, et al. v. Flagstar Bank NA, et al.* | |

Present: The Honorable **Anne Hwang, United States District Judge**

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

This action was filed over 90 days ago, and the docket does not show that service of the summons and complaint has been made as required by Fed. R. Civ. P. 4(m).

In addition, there are procedural issues with the Complaint and Civil Cover Sheet. For example, the Complaint is not signed, as required by the Central District's Local Rules. *See* L.R. 11-1. Also, the Complaint does not contain "a short and plain statement of the grounds for the court's jurisdiction." Fed. R. Civ. P. 8(a)(1).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be dismissed without prejudice. Plaintiffs shall file a written response to this Order to Show Cause no later than **March 7, 2025**.

In lieu of a written response, Plaintiffs may discharge this Order to Show Cause by amending their Complaint and filing the appropriate proofs of service.

Failure to file a timely and satisfactory response may result in the dismissal of this action in its entirety for lack of prosecution.

      Although Plaintiff is proceeding pro se, i.e., without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.  In addition, the Court cannot provide advice to any party, including pro se litigants.  There are, however, free "Pro Se Clinics" at the Roybal Federal Building, located at 255 East Temple Street, Los Angeles, CA 90012, and the Ronald Reagan Federal Building and United States Courthouse, located at 411 West 4th Street, Santa Ana, California 92701.

**IT IS SO ORDERED.**